SHORT *v.* MATHIS, executor.

COBB, J. This being the first grant of a new trial, and it not unequivocally appearing from the record that the verdict was demanded by the evidence, the judgment granting a new trial will not be disturbed.

*Judgment affirmed. All the Justices concurring, except Little, J., disqualified.*

Argued November 23,—Decided December 12, 1901.

Equitable petition. Before S. P. Gilbert, judge pro hac vice. Marion superior court. August 19, 1901.

*G. P. Munro* and *W. B. Short*, for plaintiff.
*S. B. Hatcher, J. H. Lumpkin*, and *J. J. Dunham*, for defendant.